338    McAYEAL *v.* TARENTUM BORO., Appellant.

Statement of Facts—Opinion of the Court.    [23 Pa. Superior Ct.

## McAyeal *v.* Tarentum Borough, Appellant.

Argued May 4, 1903.   Appeal, No. 41, April T., 1903, by defendant, from judgment of C. P. No. 2, Allegheny Co., July T., 1900, No. 660, on verdict for plaintiff in case of James McAyeal v. Tarentum Borough.   Before RICE, P. J., BEAVER, ORLADY, W. D. PORTER, MORRISON and HENDERSON, JJ.   Affirmed.

OPINION BY RICE, P. J., October 5, 1903:

The questions raised on this appeal are the same as those involved in Dunn v. Tarentum Boro., ante, p. 332.   For the reasons given in the opinion filed in that case the judgment is affirmed.

---

## Kallenbaugh *v.* Tarentum Borough, Appellant.

Argued May 4, 1903.   Appeal, No. 42, April T., 1903, by defendant, from judgment of C. P. No. 2, Allegheny Co., July T., 1900, No. 661, on verdict for plaintiff in case of H. C. Kallenbaugh v. Tarentum Borough.   Before RICE, P. J., BEAVER, ORLADY, W. D. PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY RICE, P. J., October 5, 1903:

The questions raised on this appeal are the same as those raised in Dunn v. Tarentum Boro., ante, p. 332.   For the reasons given in the opinion filed in that case the judgment is affirmed.